# Court of Appeals
# of the State of Georgia

ATLANTA,  May 10, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1537.  RUGBY IPD CORP. v. GLENN COVE GAINESVILLE, LLC.**

Rugby IPD Corp. filed this direct appeal from the trial court's order awarding OCGA § 9-15-14 attorney fees to Glenn Cove Gainesville, LLC.  Glenn Cove Gainesville, LLC has filed a motion to dismiss the appeal.

OCGA § 9-15-14 attorney fees awards must be appealed by application for discretionary review.  See OCGA § 5-6-35 (a) (10); *Jones v. Padgett*, 186 Ga. App. 362, 363 (2) (367 SE2d 88) (1988).  The failure of Rugby IPD Corp. to comply with the discretionary appeal procedure deprives this Court of jurisdiction to consider this direct appeal.  Accordingly, the motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/10/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*